**Jamie Ray EVERETT, Petitioner–Appellant,**

v.

**M.E. RAY, Warden; United States Attorney for the District of South Carolina, Respondents–Appellees.**

**No. 00–7513.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Jamie Ray Everett, pro se.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jamie Ray Everett appeals the district court's order denying his motion for return

of the appeal fee. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Everett v. Ray,* No. CA–99–1882–13D (D.S.C. Oct. 4, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*